_____

No. 96-1714
_____

Richard Lee Sanders          *
                             *
    Petitioner - Appellant   *
                             *  Appeal from the United States
    v.                       *  District Court for the Eastern
                             *  District of Missouri.
Michael Bowersox, Superintendent*
                             *     [UNPUBLISHED]
    Respondent - Appellee    *
                             *

            Submitted:  November 21, 1996

              Filed:  December 10, 1996
                     _____

Before MCMILLIAN and M. ARNOLD, Circuit Judges, and BOGUE,[*]
    District Judge.
                     _____

PER CURIAM.


    Richard Lee Sanders (Sanders) was convicted of first degree
murder, but the Missouri Court of Appeals reversed this conviction.
On retrial, Sanders was again convicted and sentenced to life
imprisonment without parole.  The Missouri Court of Appeals
affirmed both his conviction and the denial of post-conviction
relief.


    In his petition for federal habeas corpus relief, Sanders
alleged he was denied his right to a fair trial, as well as his
right to confront a witness against him.  He also alleged
ineffective assistance of trial counsel.  The district court denied

_____

    *The HONORABLE ANDREW W. BOGUE, United States District
    Judge for the District of South Dakota, sitting by
    designation.

relief, concluding that the unavailability of a witness at trial did not deprive Sanders of his confrontation rights and that his right to a fair trial was not abridged. The court further concluded that trial counsel's performance was not deficient.

On appeal, Sanders challenges only the confrontation and fair trial rights conclusions.

Having searched the record and considered the parties briefs we find no merit in Sanders' contentions, and we affirm on the basis of the district court's well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.